IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GUILLERMINA SANCHEZ,                )
                                    )
            Plaintiff,              )
                                    )
     v.                             )    No. 05 C 4239
                                    )
UNITED STATES OF AMERICA, et al.,   )
                                    )
            Defendants.             )

## MEMORANDUM ORDER

Beautify Professional Service Corporation ("Beautify") has filed its Answer and Affirmative Defenses ("ADs") to the slip-and-fall personal injury Complaint brought against it and the United States by Guillermina Sanchez ("Sanchez"). This memorandum order is issued sua sponte because of a potentially dispositive issue raised by Beautify's AD 2.

Sanchez' Count III ¶3 (like other allegations in the Complaint) identifies the occurrence that forms the gravamen of her claims--a slip and fall on what she says was an unreasonably slippery lobby floor in the United States Post Office facility at 211 South Clark Street, Chicago--as having taken place on October 25, 2002. This action was not brought until July 22, 2005, and Beautify's AD 2 points to the Illinois two-year statute of limitations for personal injury actions (ILCS 5/13-202) as barring Sanchez' claim on timeliness grounds.

Accordingly Sanchez' counsel is ordered to file, on or before November 21, 2005, a brief memorandum explaining the basis

on which this action may nonetheless proceed against Beautify (this order does not bear on Sanchez' claim against the United States under the Federal Tort Claims Act, as to which the United States has not yet filed a responsive pleading). This action is set for an initial status hearing at 9 a.m. November 28, 2005, at which time counsel for all parties are expected to attend.

/s/ Milton I. Shadur
Milton I. Shadur
Senior United States District Judge

Date: November 9, 2005